### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                : Chapter 7

James M. Pritchett                                    : Case No. 14−17162−sr

        Debtor(s)

### ORDER
_____

     AND NOW, this day , August 10, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                           By The Court

                           Stephen Raslavich
                           Judge , United States Bankruptcy Court